# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER BREEN | CIVIL ACTION NO. 24-1022 |
| | SECTION P |
| VS. | |
| | JUDGE S. MAURICE HICKS, JR. |
| CADDO CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Christopher Breen's claims against Caddo Correctional Center, an unidentified person "in charge of medical," and an unidentified medical company are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted. Plaintiff's claims against Nurse Wallace survive at this stage of the proceeding.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of October, 2024.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE